# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SARAH SLAUGHTER,** | Case No.: |
| Plaintiff. | 2:20-cv-01888-GCS-CMV |
| v. | |
| **REGIONAL ACCEPTANCE CORPORATION,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: January 18, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Brian Donald Wright
>Faruki Ireland & Cox PLL - 3
>110 N. Main St., Suite 1600
>Dayton, OH 45402-1818
>Phone: 937-227-9910
>Fax: 937-227-3717
>Email: bwright@ficlaw.com
>Attorney for Defendant

Dated: January 18, 2021    By: */s/ Jacob U. Ginsburg*
　　　　　　　　　　　　　　　　Jacob U. Ginsburg, Esquire
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　Email: jginsburg@creditlaw.com