Jacob U. Ginsburg (311908)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SARAH SLAUGHTER, § § | |
| Plaintiff, § | Civil Action No. 2:20-cv-01888-GCS-CMV |
| § | |
| v. § | |
| § | |
| REGIONAL ACCEPTANCE § | |
| CORPORATION, § | |
| § | |
| Defendant. § | |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

<u>/s/ Brian Donald Wright</u>
Brian Donald Wright
Faruki Ireland & Cox PLL - 3
110 N. Main St., Suite 1600
Dayton, OH 45402
Phone: 937-227-9910
Fax: 937-227-3717
Email: bwright@ficlaw.com
Attorney for the Defendant

Date: <u>February 16, 2021</u>

<u>/s/ Jacob U. Ginsburg</u>
Jacob U. Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: jginsburg@creditlaw.com
Attorney for the Plaintiff

Date: <u>February 16, 2021</u>

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Brian Donald Wright
Faruki Ireland & Cox PLL - 3
110 N. Main St., Suite 1600
Dayton, OH 45402
Phone: 937-227-9910
Fax: 937-227-3717
Email: bwright@ficlaw.com
Attorney for the Defendant

DATED:  February 16, 2021          /s/ Jacob U. Ginsburg
                                   Jacob U. Ginsburg Esq.
                                   Kimmel & Silverman, P.C.
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Tel: 215-540-8888
                                   Fax: 215-540-8817
                                   Email: jginsburg@creditlaw.com
                                   Attorney for Plaintiff